UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 13−31985
Chapter 7
Jennifer McClure

    Debtor

## NOTICE OF DENIAL OF DISCHARGE

Notice is hereby given that discharge for the debtor has been denied.

Dated: July 20, 2015

*[signature]*

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court